# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00004-CV

**Chris Carpenter, Appellant**

**v.**

**First Texas Bancorp d/b/a First Texas Bank, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 10-078-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

### O R D E R

Appellee has filed a notice with this Court informing us that a six-month automatic stay of proceedings and tolling of deadlines under the Texas Rules of Appellate Procedure is in place with respect to this cause until February 21, 2015 due to the designation of appellee's insurer as "impaired," pursuant to Texas Insurance Code section 462.309. Finding sufficient evidence that the statutory requirements of an automatic stay have been met and that the only remaining live appellate deadline is the date for when this Court's mandate shall issue, we hereby extend the date for issuance of mandate until February 23, 2015 because February 21, 2015 falls on a Saturday.

Additionally, appellee is hereby ordered to file a status report with this Court by February 13, 2015 informing us as to whether the six-month stay has been extended by a court of this state with jurisdiction over this cause of action.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Filed:   September 12, 2014